1 | Shaun Setareh (SBN 204514)
2 | shaun@setarehlaw.com
3 | Adrienne Herrera (SBN 278640)
  | adrienne@setarehlaw.com
4 | SETAREH LAW GROUP
  | 9454 Wilshire Blvd., Suite 711
5 | Beverly Hills, California 90212
6 | Telephone: (310) 888-7771
  | Facsimile: (310) 888-0109
7 |
8 | Attorneys for Plaintiff,
  | MARIBEL ORTIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MARIBEL ORTIZ, on behalf of herself, all others similarly situated, and the general public, | Case No. 2:13-cv-01619-TLN-DAD |
|---|---|
| *Plaintiff*, | **ORDER RE: JOINT STIPULATION TO CONTINUE HEARING FOR DEFENDANT'S MOTION TO DISMISS FROM JANUARY 16, 2013 TO FEBRUARY 27, 2013** |
| vs. | |
| HOBBY LOBBY STORES, INC., an Oklahoma corporation; and DOES 1-50, inclusive, | Action Filed: August 2, 2013 |
| *Defendants*. | |

## **ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for plaintiff Maribel Ortiz ("Plaintiff") and Defendants Hobby Lobby Stores, Inc. ("Defendants") to grant Plaintiff a continuance in the foregoing hearing, and good cause appearing therefore, this Court hereby ORDERS: Plaintiff's request to continue the foregoing hearing to February 27, 2013 or next available Law and Motion calendar date is GRANTED.

Future requests for a continuance by either party based on a scheduling conflict shall specify any and all facts detailing said conflict before this Court grants a continuance based on a scheduling conflict.

IT IS SO ORDERED.

Dated: December 23, 2013

Troy L. Nunley
United States District Judge