## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARIBEL ORTIZ,**

CASE NO: **2:13–CV–01619–TLN–DAD**

v.

**HOBBY LOBBY STORES, INC.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/1/2014**

**Marianne Matherly**
Clerk of Court

ENTERED:  **October 1, 2014**

by: /s/ H. Kaminski
Deputy Clerk